MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5060FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| GARY L. JACKSON, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Affidavit of Jerome Kuh and Memorandum in Support of the Motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender Colin A. Fieman, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 10th day of February, 2006.

s/ J Kelley Arnold
J. KELLEY ARNOLD
U.S. MAGISTRATE JUDGE

Presented by:

/s/ *Jerome Kuh for Colin A. Fieman*
Jerome Kuh for Colin A. Fieman
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Jackson*, NO. CR06-5060FDB – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington  98402