UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY LEE JACKSON,<br><br>　　　　　　Defendant. | Case No.  CR06-5060 FDB<br><br>ORDER DENYING MOTION TO<br>RECONSIDER DETENTION ORDER |

　　　This matter comes before the undersigned on the defendant's motion to reconsider the Detention Order detaining the defendant prior to trial. (Dkt. #31).  The basis of the motion is that the defendant has a new residence available to him should he be released from custody.

　　　The Detention Order was not issued on the grounds that the defendant did not have an approved residence available to him. The Detention Order was issued based on concerns about safety of the community.  As stated in the Detention Order, "[t]his Court finds that the community would not be safe if the defendant was not detained pending resolution of the underlying charge.  He intentionally mislead the court, he threatened his attorney who did an excellent job representing him at the first detention hearing, he had been previously warned about making threatening comments and he faces a federal charge based on statements he allegedly made.  The only way the court can be certain that the defendant will do no harm is to have him detained."  Offering a new place to reside on electronic home monitoring does not address the

Order Denying Motion to Reconsider Detention Order
Page - 1

1 | basis for the detention order.  The motion to reconsider is therefore denied.

DATED this 23rd day of March, 2006.

   /s/ Karen L. Strombom
Karen L. Strombom
U.S. Magistrate Judge

Order Denying Motion to Reconsider Detention Order
Page - 2